UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

RICHARD ALEXANDER D█████,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant

---

Civil Action No. 1:20-cv-01154-DNH-ML

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the parties, that the Commissioner of Social Security will pay five thousand eight hundred dollars and zero cents ($5,800.00) in attorney fees in full satisfaction of Plaintiff's application for attorney fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412.  The attorney fees may be paid to Plaintiff's counsel if Plaintiff agrees to assign the fees to counsel, and provided that Plaintiff owes no debt to the Federal Government that is subject to offset under the U.S. Treasury Offset Program.

Dated: New York, New York
       April 5, 2022

                          OSBORN LAW, P.C.
                          Attorneys for Plaintiff

By:   s/Lindsay M. Trust
       Lindsay M. Trust, Esq.
       43 West 43rd Street, Suite 131
       New York, New York 10036
       Telephone: (212) 725 – 9800
       Facsimile: (212) 500 – 5115

IT IS SO ORDERED:

*David N. Hurd*
U.S. District Judge

Dated: 4-6-2022

By: s/Amy C. Bland
Amy C. Bland
Assistant Regional Counsel
Office of the General Counsel
Social Security Administration
J.F.K. Federal Building, Room 625
Boston, Massachusetts 02203

SO ORDERED:

_____
DAVID N. HURD
United States District Judge